UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>ZURICH AMERICAN INSURANCE COMPANY<br><br>Defendant. | Civil Action No. 1:21-cv-09556-PGG<br><br>**ORDER – EXTENDING TIME TO ANSWER** |

**THIS MATTER** having been brought before the Court by the law firm of Coughlin, Midlige & Garland LLP, on behalf of Defendant Zurich American Insurance Company, and with the consent of the law firm Reid and Associates, counsel for Plaintiff The Travelers Indemnity Company, and for good and sufficient cause,

**IT IS HEREBY ORDERED:**

That the time within which Defendant Zurich American Insurance Company may move, answer or otherwise respond to the Complaint is hereby extended to January 24, 2022.

Dated: December 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge