UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY
COMPANY,

                Plaintiff,

      - against -

ZURICH AMERICAN INSURANCE
COMPANY,

                Defendant.

**ORDER OF DISMISSAL**

21 Civ. 9556 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice and without costs; provided, however, that if the settlement is not consummated within ninety days of this order, either party may apply by letter within the ninety-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated:  New York, New York
           January 31, 2022

SO ORDERED.

*[signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge